Jon A. Birmingham (CA SBN 271034)
FITCH, EVEN, TABIN & FLANNERY LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone:  (818) 715-7025
Facsimile:  (818) 715-7033
Email: jbirmi@fitcheven.com

*Attorney for Plaintiff*
SOTA SEMICONDUCTOR LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTA SEMICONDUCTOR LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NVIDIA CORP., et al.,<br><br>        Defendants. | Case No.: 8:14-CV-01689-AG-JCG<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT LENOVO (UNITED STATES) INC.**<br><br>**JUDGE: HON. ANDREW J. GUILFORD** |

## STIPULATION OF DISMISSAL OF
## DEFENDANT LENOVO (UNITED STATES) INC.

WHEREAS, Plaintiff SOTA Semiconductor LLC ("Plaintiff") and Defendant Lenovo (United States) Inc. ("Lenovo") have resolved Plaintiff's claims for relief against Lenovo and Lenovo's counterclaims for relief against Plaintiff in this case.

NOW, THEREFORE, Plaintiff and Lenovo, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Lenovo with prejudice and Lenovo's claims, defenses and/or counterclaims for relief against Plaintiff without

prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Respectfully submitted,

Date:  October 16, 2015

/s/ Eric L. Broxterman

Timothy P. Maloney (admitted *pro hac vice*)
Eric L. Broxterman (admitted *pro hac vice*)
David A. Gosse (admitted *pro hac vice*)
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone:  (312) 577-7000
Facsimile:  (312) 577-7007
tim@fitcheven.com
Ebroxterman@fitcheven.com
dgosse@fitcheven.com

Jon A. Birmingham (CA SBN 271034)
FITCH, EVEN, TABIN & FLANNERY LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone:  (818) 715-7025
Facsimile:  (818) 715-7033
Email: jbirmi@fitcheven.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Chris L. Holm

Chris L. Holm (SBN: 249388)
Chris.holm@novakdruce.com
Novak Druce Connolly Bove + Quigg
333 Grand Ave., Suite 2300
Los Angeles, CA  90071
(213) 787-2500

Wes Klimczak (SBN: 294314)
wes.klimczak@novakdruce.com
Novak Druce Connolly Bove + Quigg
21771 Stevens Creek Blvd., Suite 1
Cupertino, CA  95014

(408) 414-7330

**ATTORNEYS FOR DEFENDANT
LENOVO (UNITED STATES), INC.**

## ATTESTATION OF SIGNATURES

I, Eric L. Broxterman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 16, 2015

/s/ Eric L. Broxterman

Eric L. Broxterman

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I electronically filed the foregoing **STIPULATION OF DISMISSAL OF DEFENDANT LENOVO (UNITED STATES) INC.** via ECF on all counsel of record.

Dated: October 16, 2015

/s/ Eric L. Broxterman

Eric L. Broxterman

SOTA SEMICONDUCTOR LLC V. NVIDIA CORP., ET AL.
STIPULATION OF DISMISSAL OF DEFENDANT LENOVO (UNITED STATES) INC.

3